FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2015 MAY 27  PM 2: 54

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE FLORIDA

UNITED STATES OF AMERICA

v.

EVANC RAJTA
  a/k/a "Evan Rajta"

CASE NO.    3:15-cr-73-J-25MCR
Ct. 1:      18 U.S.C. § 1956(a)(3)(B)
Forfeiture: 18 U.S.C. § 981(a)(1)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about November 22, 2013, in Duval County, in the Middle District of Florida,

EVANC RAJTA,
a/k/a "Evan Rajta",

the defendant herein, with the intent to conceal and disguise the nature, location, source, ownership, and control of property believed to be the proceeds of specified unlawful activity, did knowingly conduct and attempt to conduct a financial transaction affecting interstate or foreign commerce involving property represented by a person acting at the direction of a duly authorized federal official, to be proceeds of specified unlawful activity, to wit: distribution of marihuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

All in violation of Title 18, United States Code, Section 1956(a)(3)(B).

## **FORFEITURE**

1.    The allegations contained in Count One of this Indictment are incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 982(a)(1).

2.    Upon conviction of a violation of Title 18, United States Code, Section 1956, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in such offense and any property traceable to such property.

3.    If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL,

*Susanna Vance*
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: *D. Robinson*
DIIDRI W. ROBINSON
Assistant United States Attorney

By: *Julie Hackenberry*
Julie Hackenberry
Assistant United States Attorney
Chief, Jacksonville Division

# UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

EVANC RAJTA
a/k/a "Evan Rajta"

## INDICTMENT

Violations:

18 U.S.C. § 1956(a)(3)(B)

A true bill,

_Susanna Vance_
Foreperson

Filed in open court this 27 day

of May, 2015.

_Angela Landon, Deputy Clerk_
Clerk

Bail  $_____

GPO 863 525