UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                                CASE NO. 3:15-cr-70-J-34MCR

HEDAR KHLAF, et al
_____

UNITED STATES OF AMERICA

v.                                                                                CASE NO. 3:15-cr-71-J-39MCR

JOHN PATRICK AMELL
ILIA MATO
_____

UNITED STATES OF AMERICA

v.                                                                                CASE NO. 3:15-cr-72-J-39PDB

VLADIMIR ADUNTS
JUSTIN DOWNING
_____

UNITED STATES OF AMERICA

v.                                                                                CASE NO. 3:15-cr-73-J-25MCR

EVANC RAJTA
_____

**NOTICE OF PENDENCY OF RELATED CASES**

The United States of America, by and through the undersigned Assistant

United States Attorney, pursuant to Local Rule 1.04(d), hereby notifies the Court

that the four (4) referenced cases are related in that they involve related offense conduct, specifically organized crime.

    Respectfully submitted,

    A. LEE BENTLEY, III
    United States Attorney

By: *s/ Diidri W. Robinson*
    DIIDRI W. ROBINSON
    Assistant United States Attorney
    Florida Bar No. 0788481
    300 North Hogan Street, Suite 700
    Jacksonville, Florida  32201
    Telephone:   (904) 301-6300
    Facsimile:    (904) 301-6310
    E-mail:       diidri.robinson@usdoj.gov

| | |
|---|---|
| **U.S. v. HEDAR KHLAF, et al** | **Case No. 3:15-cr-70-J-34MCR** |
| **U.S. v. JOHN PATRICK AMELL, et al** | **Case No. 3:15-cr-71-J-39MCR** |
| **U.S. v. VLADIMIR ADUNTS, et al** | **Case No. 3:15-cr-72-J-39PDB** |
| **U.S. v. EVANC RAJTA** | **Case No. 3:15-cr-73-J-25MCR** |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 29, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Jason Kristian Scott Porter, Esq.
Counsel for Diane Harrison

John Leombruno, Esq.
Counsel for Erick Estrada-Lopez

Jeremy Lasnetski, Esq.
Counsel for Michael Rounsville

Henry M. Coxe, III, Esq.
Counsel for Evan Rajta

*s/ Diidri W. Robinson*
DIIDRI W. ROBINSON
Assistant United States Attorney
