UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                          CASE NO.: 3:15-cr-73-MMH-MCR

EVANC RAJTA
_____/

## NOTICE OF FILING

The Defendant hereby submits his Proposed Jury Instructions.

The Defendant notes that omitted from the Proposed Jury Instructions, but which will be supplemented in the immediate future, is the substantive Jury Instruction with respect to Count Two of the Indictment. This count relates to a violation of 31 United States Code, § 5313(a) and 31 CFR § 10.311.

        Respectfully submitted,

        BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
         Professional Association

       By: s/Henry M. Coxe, III
         Henry M. Coxe, III
         Florida Bar No. 0155193
         E-mail: hmc@bedellfirm.com
         Brian T. Coughlin
         Florida Bar No. 0713732
         E-mail: btc@bedellfirm.com
         101 East Adams Street
         Jacksonville, Florida 32202
         Telephone: (904) 353-0211
         Facsimile:  (904) 353-9307

        Counsel for Evanc Rajta

## CERTIFICATE OF SERVICE

      I hereby certify that on December 5, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

      Arnold B. Corsmeier
      U.S. Attorney's Office
      300 N. Hogan Street, Suite 700
      Jacksonville, Florida  32202
      Chip.Corsmeier@usdoj.gov

      Henry M. Coxe, III
      Florida Bar No. 0155193
      E-mail:  hmc@bedellfirm.com
      Brian T. Coughlin
      Florida Bar No. 0713732
      E-mail:  btc@bedellfirm.com
      Attorney for Defendant
      101 East Adams Street
      Jacksonville, FL 32202
      Telephone: (904) 353-0211
      Facsimile:   (904) 353-9307