UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO.: 3:15-cr-73-MMH-MCR

EVANC RAJTA
_____/

## VERDICT - COUNT ONE

1. Count One

As to Count One of the Indictment, which charges the Defendant with Money Laundering in violation of Title 18, §1956(a)(3)(B), we the jury find the Defendant,

Evanc Rajta:

Not Guilty _____  Guilty _____

SO SAY WE ALL, this _____ day of December, 2016.

_____
FOREPERSON'S SIGNATURE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO.: 3:15-cr-73-MMH-MCR

EVANC RAJTA
_____/

## **VERDICT - COUNT TWO**

1. <u>Count Two</u>

As to Count Two of the Indictment, which charges the Defendant with Failing to File a Currency Transaction Report in violation of Title 31 U.S.C. §§ 5313 and 5322(a), we the jury find the Defendant,

Evanc Rajta:

Not Guilty _____  Guilty _____

SO SAY WE ALL, this _____ day of December, 2016.

_____
FOREPERSON'S SIGNATURE